UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

        Plaintiff(s),

    v.

C & L COATINGS, INC.,

        Defendant(s).
                                     /

No. C 12-1368 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment.

    The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

    **IT IS SO ORDERED**.

Dated: November 2, 2012

                                        _____
                                        PHYLLIS J. HAMILTON
                                        United States District Judge