UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

    Plaintiff(s),      No. C 12-1368 PJH

    v.      **ORDER OF REFERENCE TO MAGISTRATE JUDGE**

C & L COATINGS, INC.,

    Defendant(s).
_____/

Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for a report and recommendation on plaintiffs' motion for default judgment.

The parties will be advised of the date, time and place of any appearance by notice from the assigned Magistrate Judge.

**IT IS SO ORDERED**.

Dated: November 2, 2012

_____
PHYLLIS J. HAMILTON
United States District Judge