UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| THE BOARD OF TRUSTEES ET AL, | No. C 12-01368 CW (MEJ) |
| Plaintiff(s), | **ORDER FOR PLAINTIFFS TO FILE PROPOSED FINDINGS OF FACT & CONCLUSIONS OF LAW** |
| v. | |
| C & L COATINGS, INC., | |
| Defendant(s). | |

Plaintiffs are hereby ORDERED to file proposed findings of fact and conclusions of law by December 14, 2012 at noon. A copy of the proposed findings in either WordPerfect or Word format must also be emailed to mejpo@cand.uscourts.gov. <u>No chambers copies need to be submitted.</u> Plaintiffs' submission shall be structured as outlined in Attachment A below, and shall include all relevant legal authority and analysis necessary to establish the case.

**IT IS SO ORDERED.**

Dated: December 13, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge

# ATTACHMENT A

\* \* \*

## I. INTRODUCTION

(Relief sought and disposition.)

## II. BACKGROUND

(The pertinent factual and procedural background, including citations to the Complaint and record.)

## III. DISCUSSION

**A.** **Jurisdiction and Service of Process**

    1. <u>Subject Matter Jurisdiction</u>

(The basis for the Court's subject matter jurisdiction, including citations to relevant United States Code provisions and/or cases.)

    2. <u>Personal Jurisdiction</u>

(The basis for the Court's personal jurisdiction. If seeking default judgment against any out-of-state defendants, this shall include a minimum contacts analysis under *Schwarzenegger v. Fred Martin Motor Co.*, 374 F.3d 797, 802 (9th Cir. 2004)).

    3. <u>Service of Process</u>

(The adequacy of the service of process on the party against whom default is requested, including relevant provisions of Federal Rule of Civil Procedure 4.)

**B.** **Legal Standard**

(An explanation of the default judgment standard under Federal Rule of Civil Procedure 55(b)(2) and the factors considered in the Ninth Circuit under *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986)).

**C.** **Application to the Case at Bar**

(A breakdown of each individual factor in *Eitel*, separated by numbered headings. Plaintiff shall include citation to cases that are factually similar, preferably within the Ninth Circuit.)

**D.     Relief Sought**

(An analysis of any relief sought, including damages, attorneys' fees, etc. If attorneys' fees and costs are sought, the proposed findings shall include the following: (1) Evidence supporting the request for hours worked, including a breakdown and identification of the subject matter of each person's time expenditures, accompanied by actual billing records and/or time sheets; (2) Documentation justifying the requested billing rates, such as a curriculum vitae or resume; (3) Evidence that the requested rates are in line with those prevailing in the community, including rate determinations in other cases of similarly complex litigation, particularly those setting a rate for the plaintiff's attorney; and (4) Evidence that the requested hours are reasonable, including citations to other cases of similarly complex litigation (preferably from this District)).

## IV.   CONCLUSION

(Disposition, including any specific award amount(s) and judgment.)

\* \* \*