United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

    Plaintiff(s),

    v.

C & L COATINGS, INC.,

    Defendant(s).

_____/

No. C 12-1368 PJH

**ORDER ADOPTING REPORT AND RECOMMENDATION; ORDER GRANTING MOTION FOR DEFAULT JUDGMENT**

    The court has reviewed the report and recommendation of Magistrate Judge Maria-Elena James regarding plaintiff's motion for default judgment. Defendant filed no objections to the report within the time allowed under 28 U.S.C. § 636(b)(1). The court finds the report correct, well-reasoned and thorough, and adopts it in every respect. Accordingly, plaintiff's motion for default judgment is GRANTED.

    Accordingly, plaintiff is awarded unpaid contributions in the amount of $407,234.65; interest and liquidated damages in the amount of $187,067.89; and attorneys' fees and costs in the amount of $10,726.50; for a total of $605,029.04. The court further issues a mandatory injunction requiring defendant to submit to an audit of its financial records for the period starting January 1, 2010, to the present. The court shall retain jurisdiction over the parties and subject matter to enforce the injunction and to entertain further motions for money judgment, should the audit reveal additional amounts owed to plaintiff.

    **IT IS SO ORDERED.**

Dated: March 13, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge