UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

THE BOARD OF TRUSTEES, et al.,

    Plaintiff(s),

  v.

C & L COATINGS, INC.,

    Defendant(s).

_____/

No. C 12-1368 PJH

**JUDGMENT**

The court having granted plaintiff's motion for default judgment

    it is Ordered and Adjudged

    that plaintiff recover from defendant the sum of $407,234.65 in unpaid contributions; $187,067.89 in interest and liquidated damages; and $10,726.50 in attorneys' fees and costs; for a total of $605,029.04, as set forth in the Report and Recommendation and the court's order adopting the report and recommendation and granting the motion for default judgment. The court further orders an injunction, as set forth in the report and recommendation and in the court's order.

    **IT IS SO ORDERED.**

Dated: March 13, 2013

_____
PHYLLIS J. HAMILTON
United States District Judge